1  LATHAM & WATKINS LLP
     Karl S. Lytz (Bar No. 110895)
2    Emily Dahm (Bar No. 233722)
   505 Montgomery Street, Suite 2000
3  San Francisco, California 94111-2562
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   Email: emily.dahm@lw.com
5
   LATHAM & WATKINS LLP
6    Maureen E. Mahoney
     William K. Rawson (*pro hac vice*)
7    J. Scott Ballenger (*pro hac vice*)
     Joel C. Beauvais (*pro hac vice*)
8  555 Eleventh Street, N.W., Suite 1000
   Washington, D.C. 20004-1304
9  Telephone: (202) 637-2200
   Facsimile: (202) 637-2201
10 Email: joel.beauvais@lw.com

11 Attorneys for Plaintiffs Toy Industry Association,
   Inc., Ambassador Toys LLC, California Chamber of
12 Commerce, and American Chemistry Council

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOY INDUSTRY ASSOCIATION, INC., AMBASSADOR TOYS LLC, CALIFORNIA CHAMBER OF COMMERCE, and AMERICAN CHEMISTRY COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, GAVIN NEWSOM, in his official capacity as Mayor of the City and County of San Francisco, and EDWIN LEE, in his official capacity as City Administrator of the City and County of San Francisco<br><br>Defendants. | CASE NO. C-06-7111-SC<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |

The parties hereby jointly request that the Court continue the Initial Case Management Conference currently set for February 23, 2007, until April 27, 2007, at 10:00 a.m., and that the Court likewise continue as appropriate the related deadlines established by the Court's November 16, 2006 Order Setting Initial Case Management Conference and ADR Deadlines. The parties have stipulated to this continuance and respectfully request that the Court adopt the attached [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES. In support, the parties declare as follows:

1. On November 16, 2006, Plaintiffs filed their complaint in this matter, seeking (i) a declaration that San Francisco Ordinance No. 120-06, codified at San Francisco Health Code §§ 34.1-34.3, is partially preempted by the Federal Hazardous Substances Act, 15 U.S.C. §§ 1261-1278, and by regulatory actions of the federal Consumer Product Safety Commission, and (ii) an injunction against enforcement of the ordinance.

2. On November 16, 2006, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines. The Order sets February 23, 2007 as the time and date of the Initial Case Management Conference and sets the following related deadlines:

   a. February 2, 2007: last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; to file an ADR Certification signed by Parties and Counsel and either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference.

   b. February 16, 2007: last day to complete initial disclosures or state objection in the Rule 26(f) Report, and to file the Case Management Statement and the Rule 26(f) Report.

3. The Defendants filed an answer to the complaint on January 2, 2007.

4. On January 5, 2007, the San Francisco Department of the Environment and Department of Public Health advised the Clerk of the San Francisco Board of Supervisors that they are proposing legislation amending Ordinance No. 120-06. The proposed amendment is slated for introduction to the San Francisco Board of Supervisors at the Board's regularly

LATHAM&WATKINS
ATTORNEYS AT LAW
WASHINGTON, D.C.

2

CASE NO. C-06-7111-SC
JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE

scheduled meeting on January 23, 2007.

5. In the event that Ordinance No. 120-06 is amended (whether in the form proposed or otherwise), it is likely that the Plaintiffs would amend their complaint to address any changes to the ordinance. The parties are in agreement that administrative efficiency and convenience would best be served by delaying the Initial Case Management Conference and related deadlines by 60 days in order to see whether and how Ordinance No. 120-06 is amended.

Based on the foregoing, the parties hereby jointly request, pursuant to Civil Local Rules 6-1(b) and 6-2, an order continuing the Initial Case Management Conference to 10:00 a.m. April 27, 2007, and continuing as appropriate the related deadlines set by the Court's November 16, 2006 scheduling Order.

**SO STIPULATED:**

Dated: January 24, 2007

LATHAM & WATKINS LLP
Maureen E. Mahoney
William K. Rawson
Karl S. Lytz
J. Scott Ballenger
Joel C. Beauvais

By: _____
Karl S. Lytz
Attorneys for Plaintiffs Toy Industry Association, Inc., Ambassador Toys LLC, California Chamber of Commerce, and American Chemistry Council

Dennis J. Herrera
  City Attorney
Wayne Snodgrass
Danny Chou
  Deputy City Attorneys

By: _____
Wayne Snodgrass
Attorneys for Defendants City and County of San Francisco, Gavin Newsom, and Edwin Lee

LATHAM•WATKINS
ATTORNEYS AT LAW
WASHINGTON, D.C.

3

CASE NO. C-06-7111-SC
JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE

scheduled meeting on January 23, 2007.

5. In the event that Ordinance No. 120-06 is amended (whether in the form proposed or otherwise), it is likely that the Plaintiffs would amend their complaint to address any changes to the ordinance. The parties are in agreement that administrative efficiency and convenience would best be served by delaying the Initial Case Management Conference and related deadlines by 60 days in order to see whether and how Ordinance No. 120-06 is amended.

Based on the foregoing, the parties hereby jointly request, pursuant to Civil Local Rules 6-1(b) and 6-2, an order continuing the Initial Case Management Conference to 10:00 a.m. April 27, 2007, and continuing as appropriate the related deadlines set by the Court's November 16, 2006 scheduling Order.

**SO STIPULATED:**

Dated: January 24, 2007

LATHAM & WATKINS LLP
Maureen E. Mahoney
William K. Rawson
Karl S. Lytz
J. Scott Ballenger
Joel C. Beauvais

By:_____
Karl S. Lytz
Attorneys for Plaintiffs Toy Industry Association, Inc., Ambassador Toys LLC, California Chamber of Commerce, and American Chemistry Council

Dennis J. Herrera
   City Attorney
Wayne Snodgrass
Danny Chou
   Deputy City Attorneys

By: /s/ Wayne Snodgrass
Wayne Snodgrass
Attorneys for Defendants City and County of San Francisco, Gavin Newsom, and Edwin Lee

## [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

In light of the parties' joint stipulation to continue the initial case management conference and related deadlines, and good cause appearing therefore, the Court hereby CONTINUES the initial case management conference ("CMC") currently set for February 23, 2007, until <u>April 27, 2007, at 10:00 a.m. in Courtroom 1</u>, and CONTINUES the related deadlines identified in the Court's November 16, 2006 Order as follows:

- 21 days before CMC (April 6, 2007): Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.
- 7 days before CMC (April 20, 2007): Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report.

**IT IS SO ORDERED.**

Dated: ____1/26____, 2007

_____
Hon. S[amuel Conti]
United [States District Judge]

*IT IS SO ORDERED*
*Judge Samuel Conti*

LATHAM&WATKINS LLP   DC\953400.1
ATTORNEYS AT LAW
WASHINGTON, D.C.

CASE NO. C-06-7111-SC
JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE