1  LATHAM & WATKINS LLP
    Karl S. Lytz (Bar No. 110895)
2  505 Montgomery Street, Suite 2000
    San Francisco, California 94111-2562
3  Telephone: (415) 391-0600
    Facsimile: (415) 395-8095
4  Email: karl.lytz@lw.com

5  LATHAM & WATKINS LLP
    Maureen E. Mahoney (admitted)
6   William K. Rawson (*pro hac vice*)
    J. Scott Ballenger (*pro hac vice*)
7  555 Eleventh Street, N.W., Suite 1000
    Washington, D.C. 20004-1304
8  Telephone: (202) 637-2200
    Facsimile: (202) 637-2201

9  Attorneys for Plaintiffs Toy Industry Association,
10 Inc., Juvenile Products Manufacturers Association,
    California Grocers Association, California Chamber
11 of Commerce, California Retailers Association, and
    American Chemistry Council

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TOY INDUSTRY ASSOCIATION, INC., JUVENILE PRODUCTS MANUFACTURERS ASSOCIATION, CALIFORNIA GROCERS ASSOCIATION, CALIFORNIA CHAMBER OF COMMERCE, CALIFORNIA RETAILERS ASSOCIATION, and AMERICAN CHEMISTRY COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, GAVIN NEWSOM, in his official capacity as Mayor of the City and County of San Francisco, and EDWIN LEE, in his official capacity as City Administrator of the City and County of San Francisco<br><br>Defendants. | CASE NO. C-06-7111-SC<br><br>Hon. Samuel M. Conti<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
|---|---|

Pursuant to Rules 41(a)(1)(A)(ii) and 41(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiffs Toy Industry Association, Inc., Juvenile Products Manufacturers Association, California Grocers Association, California Chamber of Commerce, California Retailers Association, and American Chemistry Council, by and through their undersigned attorneys, hereby submit a Stipulation of Voluntary Dismissal in the above-captioned matter. The parties stipulate and agree that all claims asserted by Plaintiffs in this matter are dismissed without prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: October 31, 2008

LATHAM & WATKINS LLP
Maureen E. Mahoney
William K. Rawson
J. Scott Ballenger
Karl S. Lytz

By: _____
Karl S. Lytz
Attorneys for Plaintiffs Toy Industry Association, Inc., Juvenile Products Manufacturers Association, California Grocers Association, California Chamber of Commerce, California Retailers Association, and American Chemistry Council

Dated: October 31, 2008

_____
Dennis J. Herrera (Bar. No. 139669)
Wayne Snodgrass (Bar. No. 148137)
Danny Chou (Bar. No. 180420)
City Attorneys
#1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, CA 94102-4682
Tel: (415) 554-4675
Fax: (415) 554-4699
Email: wayne.snodgrass@sfgov.org

Attorneys for Defendants City and County of San Francisco, Gavin Newsom, and Edwin Lee

1
2  Dated: *Nov.* 6, 2008
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/
Michael E. Wall (Bar. No. 170238)
Anjali Jaiswal (Bar. No. 207098)
Natural Resources Defense Council
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Tel: (415) 875-6100
Fax: (415) 875-6161
Email: ajaiswal@nrdc.org

Attorney for Defendant-Intervenors
Physicians for Social Responsibility,
Making Our Milk Safe, Natural Resources
Defense Council, Inc., Environment
California, and Center for Biological
Diversity

**IT IS SO ORDERED**
/s/ Samuel Conti
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA